

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00164-CR

———————————————

OQUAVIEN WAGONER, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1529557D

---

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

In accordance with a plea bargain between the State and Appellant Oquavien Wagoner, Wagoner pleaded guilty to one count of aggravated robbery with a deadly weapon, and the State agreed to dismiss another aggravated-robbery charge in return for Wagoner's guilty plea. Wagoner filed a notice of appeal. The trial court initially signed an inaccurate certification that did not indicate that Wagoner had entered into a plea bargain but eventually signed an amended certification stating that Wagoner had entered into a plea bargain and had "NO right of appeal."

We notified Wagoner's court-appointed attorney of the trial court's amended certification and informed him that unless he filed a response showing grounds for continuing the appeal, we would dismiss it. *See* Tex. R. App. P. 25.2(d), 44.3. We received no response.

The record reflects that Wagoner specifically waived any pretrial motions and all rights of appeal as part of his plea agreement. Therefore, in accordance with the trial court's amended certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(a), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Miller v. State*, No. 02-18-00467-CR, 2019 WL 1179421, at *1 (Tex. App.—Fort Worth Mar. 14, 2019, no pet.) (mem. op., not designated for publication); *see also Kennedy v. State*, 297 S.W.3d 338, 342 (Tex. Crim. App. 2009) (explaining charge-bargain agreement); *Shankle v. State*, 119 S.W.3d 808, 813–14 (Tex. Crim. App. 2003) (same).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  August 8, 2019